# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| VOLTEON LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:23-CV-00132-JRG |
| | § | (LEAD CASE) |
| SHENZHEN ONEPLUS SCIENCE & TECHNOLOGY CO., LTD., | § | |
| | § | |
| *Defendant*. | § | |

| | | |
|---|---|---|
| v. | § | CIVIL ACTION NO. 2:23-CV-00138-JRG |
| | § | (MEMBER CASE) |
| TCL TECHNOLOGY GROUP CORPORATION, TCL ELECTRONICS HOLDINGS LIMITED, TCL COMMUNICATION TECHNOLOGY HOLDINGS LIMITED, TCL COMMUNICATION LIMITED, TCT MOBILE INTERNATIONAL LIMITED, HUIZHOU TCL MOBILE COMMUNICATION COMPANY LIMITED, and TCL MOBILE COMMUNICATION (HK) COMPANY LIMITED. | § | |
| *Defendants*. | § | |

## ORDER

Before the Court is the Notice of Voluntary Dismissal with Prejudice (the "Notice") filed by Plaintiff Volteon LLC. (Dkt. No. 63.) In the Notice, Plaintiff voluntarily dismisses Member Case No. 2:23-cv-00138-JRG, *Volteon LLC v. TCL Technology Group Corp., et al.*, with prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. (*Id*.)

Having considered the Notice, the Court **ACCEPTS AND ACKNOWLEDGES** that all claims by Plaintiff against Defendants are **DISMISSED WITH PREJUDICE**. Each party is to

bear its own costs, expenses, and attorneys' fees. All pending requests for relief not explicitly granted herein are **DENIED AS MOOT**. The Clerk of Court is directed **CLOSE** this case.

**So ORDERED and SIGNED this 26th day of November, 2024.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE